# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2007

134687

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellant,

v

STEVEN MICHAEL CARTER,
　　　　Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134687
COA: 270195
Wayne CC: 05-011783-01

On order of the Court, the application for leave to appeal the July 3, 2007 judgment of the Court of Appeals is considered. We direct the Clerk to place the matter on the January 2008 session calendar for argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties shall submit supplemental briefs no later than December 18, 2007, addressing whether the constitutional underpinnings of *People v Dunbar*, 264 Mich App 240 (2004), are sound. They should avoid submitting mere restatements of their application papers.

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae no later than December 18, 2007. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



s1120

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2007

_____
Clerk